GRISSLER *et al.* v. STUYVESANT, appellant.

*Undertaking upon injunction — action upon — reviving suit.*

In February, 1872, the plaintiffs, on procuring a temporary injunction, gave the usual undertaking. In November, 1872, judgment was rendered for the defendant, on demurrer to the complaint. In March, 1873, the defendant died, and his executor afterward applied for an order to revive, and for a reference to ascertain the damages sustained by the injunction. *Held*, that there was no necessity for an order reviving the action, as the defendant's executor could obtain all his rights by bringing an action upon the undertaking.

APPEAL from an order denying the motion of the defendant's executor to revive the action.

*Douglas Campbell*, for appellant.

*John J. Townsend*, for respondent.

LAWRENCE, J., delivered a brief opinion, which is substantially given in the head-note.

*Order affirmed.*